```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 57293
    DERRICK JENKINS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8081

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 02/01/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           5969.22          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED            96.27          .00             .00
ECMC                      UNSECURED         14569.18          .00             .00
CITY OF CHICAGO PARKING   UNSECURED           400.00          .00             .00
CAPITAL ONE               UNSECURED           884.35          .00             .00
DEVRY UNIVERSITY          UNSECURED          2306.80          .00             .00
FORD MOTOR CREDIT         SECURED            8449.00      1682.28          6202.91
FORD MOTOR CREDIT         UNSECURED              .17          .00             .00
FORD MOTOR CREDIT         NOTICE ONLY     NOT FILED           .00             .00
SHERMAN & SHERMAN         NOTICE ONLY     NOT FILED           .00             .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG   22583.15            .00         22583.15
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    2762.01            .00             .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00             .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED           .00             .00
BLATT HASENMILLER LEIBSK  UNSECURED       NOT FILED           .00             .00
COMCAST                   UNSECURED       NOT FILED           .00             .00
COLLECTECH                UNSECURED       NOT FILED           .00             .00
DIVERSIFIED SERVICES      UNSECURED       NOT FILED           .00             .00
LVNV FUNDING LLC          UNSECURED         1346.60           .00             .00
ALEGIS GROUP LOAN SERVIC  NOTICE ONLY     NOT FILED           .00             .00
ALLIED INTERSTATE         NOTICE ONLY     NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57293 DERRICK JENKINS
```

```
HOUSEHOLD BANK              NOTICE ONLY    NOT FILED              .00               .00
PROVIDIAN NATIONAL BANK     UNSECURED      NOT FILED              .00               .00
PALISADES COLLECTIONS IN    NOTICE ONLY    NOT FILED              .00               .00
ST MARGARET MERCY CRETE     UNSECURED      NOT FILED              .00               .00
TIMOTHY K LIOU              DEBTOR ATTY    1,305.20                           1,305.20
TOM VAUGHN                  TRUSTEE                                           1,908.46
DEBTOR REFUND               REFUND                                            1,403.00
```

     Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
     ------------------------------------------------------------------------
```
TRUSTEE                    35,085.00

PRIORITY                                             .00
SECURED                                         28,786.06
    INTEREST                                     1,682.28
UNSECURED                                            .00
ADMINISTRATIVE                                   1,305.20
TRUSTEE COMPENSATION                             1,908.46
DEBTOR REFUND                                    1,403.00
                         ---------------      ---------------
TOTALS                     35,085.00            35,085.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/23/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE